﻿Citation Nr: 19172651
Decision Date: 09/19/19 Archive Date: 09/18/19

DOCKET NO. 11-31 097
DATE: September 19, 2019

ORDER

Entitlement to service connection for a sleep disorder, to include insomnia, is granted.

FINDING OF FACT

The Veteran’s sleep disorder (insomnia) is proximately due to his service-connected anxiety disorder and depression. 

CONCLUSION OF LAW

The criteria are met for service connection for a sleep disorder (insomnia) as secondary to service-connected anxiety disorder and depression. 38 U.S.C. §§ 1110, 5107; 38 C.F.R. §§ 3.102, 3.310.

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran served on active duty from March 1990 to January 1999. This appeal is before the Board of Veterans’ Appeals (Board) on appeal from a July 2010 rating decision of a Department of Veterans Affairs (VA) Regional Office (RO).

This appeal was previously before the Board in August 2014 and April 2017; both times the claim was remanded for further development. That further development since having been completed, this claim is again before the Board. However, this time the Board is deciding the claim rather than remanding it. 

Entitlement to service connection for a sleep disorder, inclusive of insomnia

The Veteran asserts that his sleep disorder, diagnosed as insomnia, onset while he was in service. Alternatively, he contends, and the Board agrees, that his sleep disorder (insomnia) is proximately due to his service-connected anxiety disorder and depression. The primary basis of his claim is that this service-connected disability caused or is aggravating his sleep disorder. So his claim is predicated on the notion of secondary service connection. 38 C.F.R. § 3.310(a) and (b); see also Allen v. Brown, 7 Vet. App. 439 (1995).

The Veteran was granted entitlement to service connection for anxiety disorder and depression effective April 2010. A review of his VA treatment records shows that he continues to undergo treatment for his anxiety disorder and depression. 

In November 1998, the Veteran underwent a sleep study while in service. During the sleep study, the evaluating doctor observed “severely disrupted” sleep with 26 full awakenings and 108 arousals from sleep. But this doctor ultimately determined the Veteran did not have obstructive sleep apnea and that “upper airway resistance syndrome is possible but cannot be diagnosed based on this study.” As a result of that study, the Veteran was not diagnosed with any sleep disorder. 

In February 2015, the Veteran underwent a VA respiratory examination. The examiner ruled out any respiratory disability as the cause of the Veteran’s sleep impairment. 

In June 2017, the Veteran again underwent a VA examination, this time again to determine whether he has sleep apnea. The examiner again found that the Veteran did not have sleep apnea or upper airway resistance syndrome, noting that both of these conditions are diagnosed using a polysomnogram, which the Veteran had while in service in November 1998. The polysomnogram in service did not result in a diagnosis of either sleep apnea or upper airway resistance syndrome. In fact, during the June 2017 VA examination, the Veteran expressed surprise that he was being examined for either sleep apnea or upper airway resistance syndrome, as he did not feel that he had either. The June 2017 VA examiner instead diagnosed insomnia. 

During that June 2017 VA examination, the Veteran reported that his insomnia is worse when he is under periods of increased emotional stress. He further acknowledged that he “realizes this is all in my mind.” The examiner explained that the Veteran has multiple factors that could cause insomnia, including his anxiety disorder and depression. Ultimately, the examiner surmised “[t]he Veteran has insomnia. This is a symptom of the other conditions that he suffers from.” This explanation appears to be referencing his anxiety and depression as the source of his insomnia. 

The report of the February 2015 VA examination and VA outpatient treatment records from September 2015, May 2017, December 2017, and May 2018 all show that the Veteran reports that his episodes of insomnia, including waking while choking for air and nightmares, occur more frequently when he is under increased stress, notably emotional and psychosocial stress.

 

Consequently, the Board finds the evidence to at least be in equipoise, if not even more favorable to the claim, as to whether the Veteran’s current sleep disorder (insomnia) is proximately due to his service-connected anxiety disorder and depression. Accordingly, after resolving all reasonable doubt in his favor, the Board finds that service connection for a sleep disorder (insomnia) is warranted. 38 U.S.C. § 5107; 38 C.F.R. § 3.102.

 

 

KEITH W. ALLEN

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board K Pak, Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.